# LAW OFFICE OF ADAM G. SINGER, PLLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

**SENDER**
ADAM G. SINGER
EMAIL
ASINGER@ADAMSINGERLAW.COM

**DIRECT DIAL**
(212) 842 – 2428
**FACSIMILE**
(212) 658 – 9682

February 25, 2020

> The initial pretrial conference, previously scheduled for March 11, 2020, is ADJOURNED to April 1, 2020 at **3:15 p.m.** The Clerk of Court is directed to terminate ECF No. 17. SO ORDERED.
>
> *[signature]* February 25, 2020

**VIA ECF**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Re: <u>Diallo v. CoreLogic Rental Property Solutions, LLC; 19-cv-11044</u>
> *Joint Letter Motion of Plaintiff and Defendant CoreLogic Rental Property Solutions, LLC to adjourn initial conference sine die pending the outcome of mediation*

Dear Judge Furman:

This firm represents Plaintiff, Mamadou Alpha Diallo, in the above-referenced action ("Action"). I write on behalf of Plaintiff and Defendant CoreLogic Rental Property Solutions, LLC to jointly request that the Court adjourn the Rule 16(b) Initial Conference ("Conference"). The Conference is currently scheduled for March 11, 2020 at 3:15 p.m. The parties respectfully ask the Court to adjourn the Conference *sine die* because mediation of the Action is ongoing.[1] By minute order dated February 18, 2020, Your Honor instructed the parties to submit a status report concerning the mediation on or before March 19, 2020.

This is the first request for adjournment of the Rule 16(b) conference by either party.

                                            Respectfully submitted,

                                            Adam G. Singer

---

[1] In addition, Plaintiff's counsel has a preexisting conflict on March 11, 2020.

**ROCKLAND**
75 MONTEBELLO ROAD
SUFFERN, NY 10901

www.adamsingerlaw.com

**WESTCHESTER**
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY 10601